PROB 12C
(7/93)

Report Date:  September 24, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jessica Lynn Miller                    Case Number: 0980 2:13CR06054-002

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 &2; Bank Fraud, 18 U.S.C. § 1344 & 2 |
| Original Sentence: | Prison 195 days; TSR - 36 days |

| | | |
|---|---|---|
| Original Sentence: | Prison 195 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary K. Dimke | Date Supervision Commenced: May 13, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: May 12, 2017 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: Jessica Miller submitted to a random urinalysis test on September 23, 2015, which returned presumptive positive for the presence of methamphetamine. Ms. Miller admitted to last using methamphetamine on September 22, 2015, and signed an admission form. |
| | Ms. Miller admitted to using methamphetamine several times a day over the past 3 weeks. |
| 2 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Miller, Jessica Lynn**
**September 24, 2015**
**Page 2**

>  **Supporting Evidence**: Jessica Miller failed to report for random urinalysis testing on September 21, 2015, at First Step Community Counseling.  Ms. Miller admitted that if she would have reported, the sample would have been positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/24/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

9/25/2015

Date