PROB 12C
(7/93)

Report Date: March 8, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jessica Lynn Miller                Case Number: 0980 2:13CR06054-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | | |
|---|---|---|
| Original Offense: | Ct. 1:Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2; Cts. 2-5: Bank Fraud, 18 U.S.C. § 1344 & 2 | |
| Original Sentence: | Prison 195 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 13, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 12, 2017 |

## PETITIONING THE COURT

**To issue a bench warrant and incorporate the violation contained in this petition with the violations previously reported to the Court on 02/22/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Jessica Miller is in violation of her conditions of supervised release by failing to report for a scheduled chemical dependancy assessment on March 7, 2016. |
| | On March 1, 2016, the defendant reported she was scheduled for a chemical dependancy assessment on March 7, 2016, which would assist her in entering an inpatient treatment program at Sundown M. Ranch.  The defendant then contacted First Step Community Counseling and the counselor agreed to an earlier assessment for March 4, 2016. |
| | On March 4, 2016, the defendant called and advised First Step that she was too tired to come to the assessment.  It was agreed she would report on March 7, 2016, as initially agreed. |

On March 7, 2016, the defendant called and stated she would be late.  The defendant failed to report for the assessment.

The defendant has verbally admitted to using heroin on a weekly basis. This was the driving factor in accomplishing the assessment as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/07/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer
March 8, 2016
Date