PROB 12C
(7/93)

Report Date: March 9, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jessica Lynn Miller                Case Number: 0980 2:13CR06054-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting Bank Fraud, 18 U.S.C. § 1344(2), 371 and 2: Cts. 2-5: Bank Fraud, 18 U.S.C. § 1344 & 2 |
| Original Sentence: | Prison 195 days; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: May 13, 2014 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: May 12, 2017 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/22/2016 and 03/08/2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Jessica Miller is in violation of her conditions of supervised release by failing to report for chemical dependency treatment on March 8, 2016. |
| | The defendant was scheduled to attend her weekly chemical dependency treatment session on March 8, 2016, at 5:30 p.m. The defendant was already 40 minutes late when she called and left a message that she had finished work and was too tired to attend treatment. The undersigned officer was at the treatment facility attempting to make contact with the defendant when she called. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/09/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 9, 2016

Date