PROB 12C
(6/16)

Report Date: February 15, 2017

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2017

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jessica Lynn Miller | Case Number: 0980 2:13CR06054-002 |
| Address of Offender: ▮ | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: May 13, 2014 | |
| Original Offense: | Ct. 1: Conspiracy and Aiding and Abetting Bank Fraud, 18 U.S.C. § 1344(2), 371 and 2; Cts. 2-5: Bank Fraud, 18 U.S.C. § 1344 & 2 |
| Original Sentence: Prison- 195 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: March 22, 2016   Prison- 6 months; TSR- 30 months | |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: September 8, 2016 |
| Defense Attorney: Alex B. Hernandez, III | Date Supervision Expires: March 7, 2019 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/13/2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Jessica Miller is considered to be in violation of her period of supervised release by committing the offense of possessing a controlled substance, Suboxone, without a prescription on or prior to February 14, 2017.<br><br>On February 14, 2017, the United States Marshals Service was able to identify and arrest the defendant on her outstanding federal warrant. During the pat down, a clear plastic bag which contained numerous pills was located in the front pocket of her jacket. The defendant stated some of the pills were her medications, but the bag also contained Suboxone. The defendant identified them as being the orange pills. The defendant stated she does not have a prescription for Suboxone. |

Prob12C
**Re: Miller, Jessica Lynn**
**February 15, 2017**
**Page 2**

| | |
|---|---|
| 7 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: Jessica Miller is considered to be in violation of her period of supervised release by committing the offense of possessing a controlled substance, oxycodone, without a prescription on or prior to February 14, 2017.

As noted in violation number 6, a clear plastic bag was located in the defendant's front jacket pocket which contained multiple medications. The defendant stated some of the pills were Oxycodone and admitted she did not have a prescription for oxycodone. She indicated they were the "small round pills" in the bag.

8      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Jessica Miller is considered to be in violation of her period of supervised release by committing the offense of possessing a controlled substance, methamphetamine, on or prior to February 14, 2017.

As noted in violation number 6, a clear plastic bag was located in the defendant's front jacket pocket which contained multiple medications. Also located within the plastic bag was a secondary plastic bag with an emblem of a bulldogs on it. The defendant admitted it would have methamphetamine residue in it. Two additional small plastic bags, one with green alien heads on it and another with a black lining, were located. They also contained residue which was admitted to be methamphetamine.

The Kennewick Police Department is currently investigating the pills and residue in the bags. Charges may be forthcoming.

9      **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Jessica Miller is considered to be in violation of her period of supervised release by associating with Yolanda Childs, a convicted felon, on or prior to February 13, 2017.

During the warrant investigation by the United States Marshals Service, it was determined the defendant contacted Yolanda Childs on February 13, 2017, and left some personal items at Mrs. Childs' residence. The defendant knows Mrs. Childs is under federal supervision as they attended chemical dependency treatment together and knew each other from Oxford Housing. In addition, both have stated they understood the other was being supervised by this officer.

Prob12C
Re: Miller, Jessica Lynn
February 15, 2017
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/15/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

February 16, 2017

Date